## John Dennis vs. Joseph Wanton, 1746

At a Court of Vice Admiralty held at Newport in the Colony of Rhode Island, The 12ᵗʰ day of April A. D. 1746

The Court being opened

Present the Honˡˡ Wᵐ Strnegthfield Esqʳ Dep. Judge

The Petition of John Dennis, with the Citation being read in Court, The Argument was opened by Mʳ Robinson Advocate for the Collector, and a Reply made by Mʳ James Honeyman, the Kings Advocate who appeared for the Petitioner.

Accordingly the Court was Adjourned untill further Notice.

At A Court of Vice Admiralty held at Newport This 14ᵗʰ day of April, 1746

His Honʳ the Dep: Judge Pronounced the following Decree.

Whereas Capᵗ John Dennis by his Petition sets forth in behalf of himself his Owners and Company that A Part of the Cargo taken on board the Ship Count of Touloose condemned in this Court as prize consisting of Sugars are detained by the Collʳ of his Majesties Customs on Account of Certain duties and as it is the Practice of the Neighbouring Government that the

Captors give sufficient security to pay the s^d Duty, on all such sugars so imported that is consumed in the s^d Government, I therefore, order that the s^d John Dennis Enact with two good and Sufficient Sureties to pay the s^d Duty of five Shillings Sterling p^r Hundred on all the Sugars condemn'd as prizes in my decree mentioned in the s^d Petition which shall be sold and Consumed in this Colony or so much thereof as shall not be consumed to be exported within nine months which being Accomplish'd I do order and Adjudge that the same be deliverd to the Petitioner in order to be divided pursuant to my former Decree the Petitioner paying Cost

Newport April 14th 1746                     W^m Strenghtfield D. Judge